# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL NITKIN**, <br><br> Plaintiff, <br><br> *v.* <br><br> **MAIN LINE HEALTH, d/b/a BRYN MAWR HOSPITAL**, <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 20-4825-KSM** |

## ORDER

**AND NOW**, this 18th day of October, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 22), Plaintiff's response (Doc. Nos. 23, 27), Defendant's reply (Doc. No. 25), the oral argument on the motion, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 22) is **GRANTED** as to Plaintiff's hostile work environment and wrongful termination claims, and to the extent any claims are based on Plaintiff's reduction in hours requests.  **IT IS FURTHER ORDERED** that the Motion is **DENIED** with respect to Plaintiff's retaliation claim.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.