IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL NITKIN**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**MAIN LINE HEALTH, d/b/a BRYN MAWR HOSPITAL**,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 20-4825-KSM** |

## ORDER

**AND NOW**, this 26th day of October, 2021, upon consideration of Defendant's Motions *in Limine* (Doc. Nos. 28, 38), Plaintiff's responses (Doc. Nos. 29, 43), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion *in Limine* to Exclude Hearsay (Doc. No. 28) is **DENIED** with respect to Dr. Karl Ahlswede's notes.

2. Defendant's Motion *in Limine* to Exclude Hearsay (Doc. No. 28) is **GRANTED in part** and **DENIED in part** with respect to the text messages.

3. Defendant's Motion *in Limine* to Exclude Catherine Lombardi as a Witness (Doc. No. 38) is **DENIED**, though such testimony is subject to the limitations discussed in the Memorandum.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.