IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL NITKIN,** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MAIN LINE HEALTH,** | : | NO. 20-4825 |

## CIVIL JUDGMENT

AND NOW, this 1st day of November 2021, in accordance with the verdict sheet, **IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Plaintiff, April Nitkin, and against Defendant, Main Line Health, in the amount of $140,001.00.

BY THE COURT:

ATTEST:   Lara Karlson
               *Deputy Clerk*

Civ 1 (4/21)