**KOLLER LAW, LLC**
David M. Koller, Esq. (90119)                                          *Counsel for Plaintiff*
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
(215) 545-8917 (phone)
(215) 575-0826 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL NITKIN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION NO.: 2:20-cv-04825** |
| | : | |
| **MAIN LINE HEALTH d/b/a** | : | |
| **BRYN MAWR HOSPITAL,** | : | |
| | : | |
| **Defendant.** | : | |

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that April Nitkin, Plaintiff in the above-named case, hereby

appeals to the United States Court of Appeals for the Third Circuit from the October 18, 2021,

Order (Dkt. No. 42) entering summary judgment in favor of Defendant and against April Nitkin

on her claims of hostile work environment pursuant to Title VII and the Pennsylvania Human

Relations Act.

Respectfully Submitted,
**KOLLER LAW, LLC**

 */s/ David M. Koller*
David M. Koller, Esquire

Dated November 12, 2021