IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL NITKIN,<br><br>   Plaintiff,<br><br>   v.<br><br>MAIN LINE HEALTH d/b/a BRYN MAWR HOSPITAL,<br><br>   Defendant. | CIVIL ACTION<br><br>NO. 20-4825-KSM |

### ORDER

**AND NOW**, this 7th day of July, 2022, upon consideration of Plaintiff's Petition for Attorneys' Fees and Costs (Doc. No. 79), Defendant's objections (Doc. No. 81), following oral argument, and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Petition is **GRANTED in part and DENIED in part**. It is further **ORDERED** that Defendant shall remit to Plaintiff's counsel $172,574.55 in attorneys' fees and $5,840.15 in costs.

An Amended Judgment will follow.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.