IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL NITKIN**, <br>        Plaintiff, <br> *v.* <br> **MAIN LINE HEALTH d/b/a BRYN MAWR HOSPITAL**, <br>        Defendant. | CIVIL ACTION <br><br> NO. 20-4825-KSM |

## AMENDED CIVIL JUDGMENT

**AND NOW**, this 7th day of July 2022, after resolving all post-trial motions, and consistent with the jury verdict (Doc. No. 60), it is **ORDERED** that an **AMENDED JUDGMENT** be entered in favor of Plaintiff, April Nitkin, and against Defendant, Main Line Health, d/b/a Bryn Mawr Hospital, in the amount of $318,415.70, consisting of $20,000 in back pay damages (Doc. No. 60 question 5), $1.00 in compensatory damages (*id.* question 7), $120,000 in punitive damages (*id.* question 9), $172,574.55 in attorneys' fees and $5,840.15 in unopposed costs.

                                                                /s/ Karen Spencer Marston
                                                                KAREN SPENCER MARSTON, J.