# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL NITKIN**, <br><br> Plaintiff, <br><br> *v*. <br><br> **MAIN LINE HEALTH d/b/a BRYN MAWR HOSPITAL**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-4825-KSM** |

## ORDER

**AND NOW**, this 28th day of September, 2022, upon consideration of Plaintiff's Supplemental Petition for Attorneys' Fees and Pre and Post-Judgment Interest (Doc. No. 93) and Defendant's response (Doc. No. 94), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Petition is **GRANTED in part and DENIED in part**. It is **ORDERED** that Plaintiff's request for supplemental attorneys' fees and request for pre-judgment interest is **DENIED**. It is further **ORDERED** that the request for post-judgment interest is **GRANTED**.

A Second Amended Judgment will follow.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.