IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **APRIL NITKIN**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**MAIN LINE HEALTH d/b/a BRYN MAWR HOSPITAL**,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 20-4825-KSM** |

## SECOND AMENDED CIVIL JUDGMENT

**AND NOW**, this 28th day of September, 2022, after resolving Plaintiff's Supplemental Petition for Attorneys' Fees and Pre and Post-Judgment Interest (Doc. No. 93), and consistent with the jury verdict (Doc. No. 60) and Amended Civil Judgment (Doc. No. 90), it is **ORDERED** that a **SECOND AMENDED JUDGMENT** be entered in favor of Plaintiff, April Nitkin, and against Defendant, Main Line Health, d/b/a Bryn Mawr Hospital, in the amount of $318,415.70, consisting of $20,000 in back pay damages (Doc. No. 60 question 5), $1.00 in compensatory damages (*id.* question 7), $120,000 in punitive damages (*id.* question 9), $172,574.55 in attorneys' fees and $5,840.15 in unopposed costs. Interest shall continue to accrue on the total judgment in an amount of six percent per annum until the judgment is satisfied.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.